COX, Circuit Judge, specially concurring:

I join Judge Tjoflat's opinion for the court except for the two consecutive paragraphs that conclude the acceptance of checks is an extension of credit. The first of these paragraphs begins: "Whenever a seller," etc. I concur in the judgment.